IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES G. ANDERSON,

    Plaintiff,

v.

WISCONSIN DEPT. OF HUMAN
SERVICES AND MICHAEL CHASE,

    Defendants.

ORDER

Case No. 19-cv-461-bbc

Plaintiff Charles G. Anderson has filed a proposed civil complaint. Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted a weekly resident statement and other documents to support this request. This statement and other documents are insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a copy of plaintiff's resident account statement for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit the resident account statement no later than July 22, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint.

ORDER

IT IS ORDERED that plaintiff Charles G. Anderson may have until July 22, 2019 to submit a resident account statement for the period beginning approximately December 3, 2018 and ending approximately July 3, 2019. If, by July 22, 2019, plaintiff fails to respond to this

1

order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 1st day of July, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge