IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES ANDERSON,

    Plaintiff,

  v.

                         Case No. 19-cv-461-bbc

WISCONSIN DEPT. OF HUMAN
SERVICES AND MICHAEL CHASE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/10/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |